No. 390, Misc. WATSON *v.* BANNAN, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 407, Misc. DE VITA *v.* McCORKLE, ACTING WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Harry Kay* for petitioner. *Charles V. Webb, Jr.* and *C. William Caruso* for respondents.

No. 444, Misc. EX PARTE LONG. Motion for leave to file petition for writ of prohibition denied. *William G. Grant* and *Benicio Sanchez Castano* for petitioner.

No. 534. ELLIS *v.* DIXON ET AL., MEMBERS OF THE BOARD OF EDUCATION OF THE CITY OF YONKERS. Appellate Division of the Supreme Court of New York, Second Department. Certiorari granted. *Emanuel Redfield* for petitioner. *John Preston Phillips* for respondents.

No. 385, Misc. LEYRA *v.* DENNO, WARDEN. C. A. 2d Cir. Certiorari granted. *Osmond K. Fraenkel* and *Frederick W. Scholem* for petitioner. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *Samuel A. Hirshowitz,* Assistant Attorney General, and *William I. Siegel* for respondent.

No. 78. BINGHAMTON CONSTRUCTION CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Jerome Beaudrias* and *Malcolm R. MacIntyre* for peti-